

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ**
Appellant

v.

Lydia **RODRIGUEZ** and Robert Pereida
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, Robert Pereida's cross-appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant/cross-appellee Leticia Rodriguez's appeal against appellee/cross-appellant Lydia Rodriguez and appellee Robert Pereida, and appellee/cross-appellant Lydia Rodriguez's cross-appeal against appellant/cross-appellee Leticia Rodriguez are retained on this court's docket.

It is so **ORDERED** on November 17, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2021.

_____
Michael A. Cruz, Clerk of Court